1084

[No. 58301-8-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SANTIAGO FLORES-DURAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-09585-3, Brian D. Gain, J., entered May 22, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58361-1-I.   Division One.   July 30, 2007.]

HERBERT S. KROHN, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-01165-3, Dean Scott Lum, J., entered May 3, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid and Ellington, JJ.

[Nos. 58381-6-I; 58880-0-I;   Division One.   July 30, 2007.]
58981-4-I.

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered May 23, 2006. *Dismissed* by unpublished per curiam opinion.

[No. 58451-1-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01651-9, Mary Yu, J., entered April 10, 2006. *Affirmed* by unpublished per curiam opinion.